# United States District Court
# District of New Hampshire



Christopher R. Beaulieu
_____
Plaintiff

v.

Civil Action No. _14-fp-280_
(To be provided by Clerk's Office)

William L. Wrenn Et AL.
_____
Defendant(s)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(__) DEMAND FOR JURY TRIAL
(X) NO JURY TRIAL DEMAND

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I.   Parties

A.  Please provide the following information for each plaintiff:

1. Name  Beaulieu          Christopher          Robert
   _____    _____    _____
        (Last)               (First)              (Initial)

2. Place of Detention  New Hampshire State Prison for men

3. Institutional Address  NH State Prison # 83536  Po Box 2928
   Concord  NH  03302
   _____

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

   ☐ Pretrial Detention Order
   (X) Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed  _March 4 2011_

Barbara T. Slayton-Social worker
281 N.State St., Concord NH 03302

Kum (First Name unknown) -Co
281 N. State St, Concord NH 03302

Helen Hanks -
105 Pleasant St, Concord NH 03302

Kevin Stevenson- Admin
281 N. State St., Concord NH 03302

Paul Cascio - Captin in SPU
281 N. State St. Concord NH 03302

Aaron Belanger - CO in SPU
281 N. State St., Concord NH 03302

Ed Kirrane - CO in SPU
281 N. State St., Concord NH 03302

John Aulis- CO in SPU
281 N.State St, Concord NH 03302

Salice (First name unknown) -CO in SPU
281 N. State St, Concord NH 03302

Cathy Fontain - APRN - In NH sp
281 N. State St., Concord NH 03302

Emily Bryant - APRN

Leavitt J Barton - Hearings officer
281 N. State St., Concord NH 03302

Christopher Kench - Dir. of security and ~~Training~~ Training
105 Pleasant St., Concord NH 03302

Michael Shepley - CO
281 N. State ~~St~~ Concord NH 03302

Paul N. Courchesne - CCU - Lt.
281 N. State St, Concord NH 03302

John Rose - CO   In SPU
281 N. State St, Concord NH 03302

Christopher Bernstin
281 N. State St., Concord NH 03302

Michael   Dube – CO in spu
281  N. State St., Concord NH 03302


Ken Brown – Sgt in spu
281  N. State St., Concord NH 03302


Eric Barbaro – Sgt in spu
281  N. State St., Concord NH 03302


Joseph Michaud – Former Lt. Part time CO
281  N. State Street Concord NH 03302


Charles G Boyajian – Captin
281  N. State St., Concord NH 03302

B. Please provide the full name, current title and address known for each defendant:

1. Name Wrenn                    William                    L
        (Last)                        (First)                    (Initial)

2. Title Commissioner of Department of corrections

3. Address 105 Pleasant St Po Box 1806 Concord NH 03302

_____

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.   Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1: ~~[struck out]~~
Assault by Correctional officer's

Supporting *Facts:* ~~[struck out]~~ on Aug. 16 2013 I was housed in the Secured Psychiatric unit The infirmary ward Cell two. When Co Ed Kirrane had came for me to see My Nurse Emily Bry-ant As I was on suicide watch and a Provider see's you Every weekday Well in the meeting Co Ed Kirrane Keep Chewing Gum L I was Rasing my voice to speak over his Gum Chewing and Radio. Finnal he grabs My arms and say's "this meeting is over Cause he is becoming a desterbence." As I was heading back Co Aaron Belanger Came from No were to help. I then had Co Kirrane Remove the Belly belt. At which time I had Sliped and hit the window with the belt buckle Cause the door was Closed about a 1⁄2 of a inch. But instade of Co Belanger and Kirrane Clasen the door and calling for help and the camora which by PPD which States that a Comora is to be involved if anything Civil or Criminal may come out should be camcorded

Allegation 2: failure to protect from ~~an~~ ~~assault~~ Assault.
in violation of the 8th ~~A~~ Amendment

Supporting Facts: On January 19, 2012 I was brought to Court for assault by a prisoner x 2 that happend on January 26 2011.
On the way back to my Teir (C-Tier-SHu) I seen Ilm Ryan Grimes and Ilm Anthony Ledoux (Both Prospect Bowil) Ilm grimes was by C-Dayroom door and Ilm ledoux was walking around. D-Dayroom (Who went by ACe)
Upon my Arrival at C-Teir's 1st of 2 door's I see Ilm Rueben J. Ruiter (who went by 10 Speed) Fixing the mop bucket for Cleaning (Do to inmate William M. Lost his Job Cause of Cpl Craig orlando do to the fact he'd allowed us to get drunk on 1/13/12 - Friday and Ilm William M. ~~Became~~ he became disruptive and Lost his Job) Ilm Ruiter became the worker and not long after he became the worker he assaulted me with Piss. But on 1/19/12 well at the 1st of 2 door's I hear Ilm grimes Edgen Ilm Ruiter to attack me. At which time I asked Co mike Shepley to lock

Allegation 3: Due Process

Supporting Facts: On 10/23/13 - I wrote a Request to Captin paul S. cascio that stated "I am writing to you to Request a 'understanding of what is your need for disrespect unprofessional unethical Conduct do your Remarks to the hearing's officer and ~~the~~ Lt From Ccu you Can sead him to the whole I'll get him discharged Right now you Can send him to the whole for your Remarks Ended when you relized I was behind you and your Remarks got me P-Seg Susp. I want you to (1) Respond to your Remark(s) to me weather you see ~~this as~~ this as a professional Remark (2) your close to have a Civil Rights Complaint filed against you

(If more space is needed to explain any allegation or to list additional pages)

III.   Relief

You must request specific relief in your Complaint.  State briefly exactly what you want the court to do for you (attach additional pages if necessary):

1) Punitive           Damages $B 75,000 or what the Court deems
2) ~~■~~ Conduntory     Damages
3) ~~■~~ Normal         Damages
4) That Service fee's and other Cost be payed back
5) order prison ~~■~~ officals Charge the Two Co's and one inmate with the Crimes of Assault
6) That Co Belanger and Co Kirrane be ordered out of Spa to pervent feather Assaults

Date: 7 ▢ 2014                    [signature] Signature of Plaintiff

7) That this Honorable Court issue a Contempt of a Court on Violations of

8) Issue a order Proventing disCharge from SPulkru

9) That a order Stoping the Prison officals from allowing assaults Sexual assault or other Criminal acts against inmate on a inmate on Inmate or Staff against Inmate

10) That this Honorable Court waive service fee as I Cant afford It.

State of New Hampshire ]
                       ]     ss
County of _____ ]


_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.


Subscribed and sworn before me this _____day of _____, 20___..


_____
Notary Public/Justice of the Peace


## O R

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

July 1 _____ 2014
_____
DATE

_____
SIGNATURE


## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (__)    NO (X)
(check one only)

Date: 7 / ___ 2014

_____
Signature of Plaintiff

Allegation 1 cont. <u>Assault by Correctional officers</u>

,but instead Co Belanger and Co Kirrane take it upon them
selves and Roll in on me.

I Put my hands out to protect my head from smashing into
the conor of the bed or stool. Then Co Kirrane takes the
Leather strap and drag's me Close to the mattress which
was on the floor ~~and~~ until Co Belanger Grabed my
Leg's and then they placed me on the mattress.

Co Kirrane held the Leather strap which Pervented me
from blocking the Knee's and feet blow to my upper and
Lower body. by Co Belanger.

On Sept 24, 2013 I Filed a Complaint w/ Captin Paul
s Cascio about the misconduct From the assault on
friday August 16, 2013 by Co Belanger and Kirrane, The
Harassment by Co Belanger on Thur august 15, 2013, Denied
My lunch by Co Kirrane on August 17 2013 and Sgt Eric
Barbaro dening me pictures of the Cuts marks ~~&~~ etc on
my Arms wrist Etc from the assault. I also put in this
Request that on sept 23, 2013 how he (Captin cascio) was
at a d-Hearing only for security Reasons and had No
Right to attempt to discredit my witness Christopher
David Lemear another inmate and accuse us of
Making false Allegations. I Expressed a number of
Criminal Lawss. I was written back by captin
Cascio on 10/12 — Any complaints Received Regarding

Staff and Any follow up action is confidential GRanted by Applicable Personnel Rules. I wont be sharing Any information with you.

I then Appealed it to Helen Hanks "MR. Beaulieu, Any Complaints being reviewed will Not Result in a Report to you a these aRe Confidential Personnel Reviews. feather your goal should be to Engage in treatment for discharge from spu." Was ms hanks Reply on 12/3/13 to my Request dated 11/24/13 on 12/20/13 - Christopher Kench Replyed For the Commissioner "We support Director Hanks response Grievance is denied"

What I see this as them Not taking accountabtlity for their action which is in ppD 1.17 Agency Mission. As these two officer's still wook around me and are now Causing mental and Emotional as I Now have to Stay On Gaurd to Protect any more Assault "Making me worrie they would do it again Cause they got away with it once they get away with it again" feather more all the people think of is dischargen there is no Room Cause of NH state Hospital patents and People Misusen the services to get Parole Faster. I've told them once and again that I would Kill my Self if I was Discharged. I've needed mental health Hosp. Since the Age of 8 For suicide attempts but they are not Caring about our threats of suicide

Allegation 2 cont: <u>Failure to Protect from Assault</u>

Inmate Ruiter In The reply I got was stop being a girl. I asked about 5 time and he finnally locked him in.

I was then brought In through the 1st door the second was already open I am locked in and Co Shepley leaves and Ilm Ruiter is let back out.

Not Even 20 min. Later the door to my cell opens. At this time Inmate Ruiter is by Cell 13 on C-Tier. I Start to wavie at the bubble and was getting no were.

I then See Co mike shepley with Inmate Corey fergul (a(G)) "Gang member" Co Shepley stops at the end of C and D Tier Smiles and Say's Something over his Radio that is attached to his vest. Co Shepley Stands at the End to wait the bubble does not Close my door Co shepley Smiles and walks away Knowing that I am at risk. Well Co Shepley, stand at the End of the tier Inmate Ruiter was getting Edged on by Joshua David Lyonnias. A Inmate In Cell 13 to go in an "bust my shit" inmate Ruiter Keep's Repeating "walk away shepley" "Keep wolking" When Co shepley Leaves 5 min (Aprox) I am attacked by inmate Ruiter. Then he leaves for 5 more min (Aprox) to give up more Stuff for Lyonnias to hold and

go and Brag to Ryan Grimes `and mike Addison
that he Just beat the shit out of me. He Comes
back again and assaults me again.

I then Had my door Closed. (Apon information
and Belief the Second Attack was done For
Ryan Grimes)

Second Shift Came on as trying to get
the CO's Attencen on 1st was not Secussful
Co David myville was working a dubble and
Came to bring me out to the nurse Richard
Barttels (As I was Complaining about the nurse
not being able to hear me.). I first attempted
to say i fell of my bed Cause I didnt trust
Sgt Shaw or Cpl orlando. If it was not for Co
Myville I would've stuck to it. Myville pulled my
winter hat off and looked at my eye and said
"Beaulieu your a Crock of Shit" "Sgt shaw watch
him I am going to Check the worker's hands" Co
Myville treats me the way I see my self (as a female)

This incident was a total of 9 day's after
I was Pressured to say a PREA was False when
I had threats to be murdered and my Family
If I didn't do as told.

I Appealed this through all Channels and
Denied in all. This was held under Review
from 1/19/12 — 8/12/12 when Inmate Ruiter maxed
out. By warden Gerry Lt michuad Dir Forbes and Captin

Cont. from Allegation 3. <u>Due Process</u>

On October 25 2013 Captin Paul S. Cascio wrote
to me "I wasn't speaking to you I was speaking
to the hearing's Officer."
. I appealed this through Each Chain of Command
helen hank's Reply on 12/5/13 in Review of your
Concern, staff involved have not validated your
Statements, Nor has Any other video support"
. On 12/20/13 Christopher Kench-Director Replyed
for the Commissioner "we support Director Hank's
Response Grievance denied
     This Complaint was basied on a D-Report hearing For
a 42-A Interfering with The Search ETC on 9/14/13
written by Captin Cascio. I explained in full detail
on my Appeal to Helen Hanks. There was <u>no</u>
Statements from the Other two Co's who
were on the tier (Co John Rase Nor Christopher
         ) I stated that the D-Report is False
and Even the Captin admittes to talking about
me but Not to me.
     By policy the Reporting officer Cant Read
me the Write up that is why Lt Paul Courcke-
sne Came up From CCU to read me the
write-up. Because of what the Captin Cascio
Said interfered and affected the Outcome

to my D-Hearing in Violation of my Due
Process. Cause he had No Right to be talking
about me or Say anything about this
write up Nor the hearing

I got 10 day p-seg susp. over this
and this was denied in all levels

# Allegation 4: 8th Amendment — Crul and unusal Punishmen

On August 14 2013, I came back to the Secured Psychiatric unit after being discharged back to the SHU Building

When I came back I was notified that a New memo was out about Property. I did'nt Know about it from 08/14/13 through 08/21/13 as I was on Suicide watch do to my Provider Refused to take me off the watch.

On August 21, 2013 I was taken off that watch and seen the memo. dated 7/2 /2013 and Approved the ~~Rico Assigned~~ Same day by Commissioner Wrenn but little did we all Know Captin Paul S. Cascio was going to take this memo over board. on December 4 2013 Helen Hanks Replyed to my Appeal to my Request I wrote Captin Cascro on 11/11/13 to which Captin Cascio wrote "A) I had to Eliminate any type of Container Due to Assaults on staff B) 1 2 and 3 NO" I wrote to him Cause of the fact we (I speak for my Self) had NO Deoderant No soap This Reply to Letter A) I had to eliminate any type of Container Due to assaults on staff is a lye and by Law is perjury (Per Rs,A 641:1) Because ① He also took Bars of soap ② I overheard him say to a Patent that he Removed it Cause of Contraband ③

B Peanut Butter is in a Container and that was let on the Canteen.

I Appealed this through all Chain of Common. on 12/9/13 "You are in a Psychiatric facilities these behaviors are Common. Work on treatment for discharge so you will not be so frequently Exposed to these Challenging behaviors".

I see this Reply as telling me to deal with being Subjected to Constitutional violatrons

On 12/20/13 Christopher Kensh Denied my Grievance.

This was so much of a Problem do to the fact we had to smell unhuman like our Body oder was bad for alot of us to include and mainly Speaking For my self I Close to not work out because of the Lack of soap Shampoo and Deockrant and Cause the Captin want to tell Two Story's to this Container thing

Allegation 5: unClean living

On November 17 2013, I wrote to My unit Captin Paul S. Cascio

. I made a Complaint against Patent Mike Philips who was our teir worker.

. This complaint was Expressing what was happening and how MR. Philips is getting paid and is to Busy Sleeping watching TV or other things (Per unit Staff MR. Philips has brain damage)

I stated in my complaint that we should be and are allowed to Clean 7 days aweek and have Toilet Brush's Brooms Disenfectents Rags Clean water but we (I speak for my self) dont always have this stuff.

And expressed my Concerns about how MR Philips is Not working and Making complaints that he does'nt feel good but he feel ok to watch TV but feel Not good to clean our Tier which by policy is "Refusing to work"

This complaint was done because of the unclean DiRty Shower' dayroom and Tier and lack of Clean Supply's

On 11/25/13 Captin Cascio Reply I cant Discuss Another's treatment with you.

What I find about this he may not or Can not Discuss Another's Treatment with me but Other officer's have told us (I am one of many Inmates that was told about MR. Philips problem with haven Brain damage which should be Not told under the HIPAA but was.)

I appealed this to Helen Hanks, Director in Dec. 2013 She tell's me "See Cpt. Cascio's Response dated 11/25/13. I then Appeal it to Commissioner Wrenn on 12/9/13 which I get a Reply on 12/20/13 "Your rights are not being violated, Grievance is Denied"

I know that this was/is against my Constitutional Right and therefor got Sick of living in a Cell that was left Dirty because of a worker who never likes to work.

Allegation 6: Excess Noise and interference with sleep.

On Nov. 17, 2013 I wrote a Long Complaint that was Involven Patent Thomas J. Bruke. I Expressed that I understand that some are not ok in the head. That it is Not a Reason to give Captin Cascio or his Staff to allow it. And If NH Hosp Can't handle their patents they then should be shut down.  I went on to Express I have been in Cell 10 on E-ward for awhile. I had another patent Randall Every next me and Inmate Chris Lemear in 8
  I also stated "when Co Ed Kirrane and Mike Dobe moved I/m Lemear to F-Ward they moved MR Every to 8 and moved MR. Burke to 9."
  "At the time this happended there was alot of cells open that there was no need to move MR Burke From 5 to 9 next me. We are subjected to at 4:30 Every morning to Screaming and yelling. We are all not ok in the head we are all mentally ill. me and mR Lemear have been Subjected to discrimination Harrassment threats and Accused of Crimes falsly by CO Kirrane and Belanger but this is about me and My welbeing (ETC ETC.
  On 11/25/13 Captin Cascio Reply's I Can not Discuss Another's treatment with you
  On 12/9/13 Ms. Hanks Reply's see Previous grievance to which I wrote her on 12/4/13

On 12/20/13 Director Christopher Kensh Reply's For the Commissioner "We understand the compleaity of housing in a phy chiatric unit and trust that the staff house as Necessary Grievance is denied

A Few day before I wrote the Captin I was told by CO Toni Keene that the Doctor handlen MR. Burke took him of all meds. That Right there is violating mR. Burkes Privacy Right's. But NO matter were or what when questioned about it they would lie then get lose their Job over ~~Bead~~ something against the Law

Allegation 7: Eighth Amendment-Cruel and unusal

On Oct. 13 2013 I wrote to Captin Paul S. Cascio "I am writing to you on the Above date involven a Matter that the Constitutional Standards as "Basic needs"
   Each day at Lease a I/m are subjected to
① Cold Showers    ④ No socks
② No Shampoo      ⑤ No towels
③ No toothpaste or Tooth Brush /6 ☒ Soap (I ment to write No soap)
We are being forced do to your Conduct over 7/16 13's Notice ETC
   Captin Wrote on 10/24/13 ① A work order was Submitted ② We provide Shampoo ③ we Provide these Itams ④ We order socks but don't Receive them then Inmates Destroy them or Flush them Down the Toilet ⑤ We Provide Refer to #4 ⑥ we Provide Soap.
   I appeal this to Helen Hanks 12/3/13 She reply to my Appeal dated 11/24/13 "mR. Beaulieu your are In a Psychiatric facility with different Rules about access through Canteen, we provide Items for hygiene Captin Cascio's Response is Appropriate". On 12/18/13 I appealed it to the CommissToner on 12/20/13 Director Kench Replys "we Support Director Hanks Responce to

you Grievance is denred"

   In ms Hank's Reply She wrote " your are in a psychiatric facility with different Rules about access through Canteen"

   Our Canteen we Could get Soap, Shampoo Deoderent, Lotion ETC until 7/2013. I was in the Secured Psychiatric unit From January 22 2013 through July 15, 2013 and In that time Coffee Soda ETC plus shampoo soap Deoderent was Accessable through Canteen until July 26, 2013 When Captin Cascio wrote a memo about Property and did'nt obey what Commissioner Wrenn signed off on

Allegation 8: Due Process at a D-Hearing

On September 6 2013 Sgt Ken Brown wrote me up for a 68 B (misuse of Phone).

I was found guilty on 10/10/2013 By Hearing officer L.J. Barton

I stated in my 1st step to Appealing the Finding. "I was found guilty do to the usal reason w/ MR Barton H.O "staff are sworn in your convicted in Your testimony does not way much. This write up does not state I used another's I/m's Pin Such os Case# 13-14-02235, 02234 02236 and 02237 writen by Coptin Cascio alledgen I used a I/m's pin which was not mine"

The Appeal Dated 10/11/13 and was Answered 11/4/13 by Coptin Cascio Stated a Number of things from Federal and state Laws ~~Constitution~~ Constitutional Rights

On 11/04/13 According to PPD 5.25 "Appeals We be limited to Errors of Law and Procedures or alleging Excessive Sanctions imposed your Appeal Does not Address Eather of these Appeal Denied you may Appeal my Denial to the Director of medical and forensic service"

On 12/05/13 ms hanks Replys to my Appeal dated 11/21/13 MR. Beaulieu, I have not been

provided Evidence to over turn this D-Report

on 12/18/13 I appeal it to the Commissioner on 12/20/13 Chris Kench Reply's "Your ~~go~~ due process was provided. Grievance is Denied

The same problem is alway happen that will never take any Accountability For their misConduct ETC. Which is part of PPD 1.17 they dont Care at all about us because When they do wrong the money dont come out their pay checks. This d-Report is also the same thing they write false D-~~~~ Reports and punish us For Fun cause they got nothing better to do.

Captin Cascro's Reply "Errors of Law" I did State For Law's RSA 641:1 (perjury) 18 usc 241 (Conspiracy against Rights) and 18 usc 242 (deprivation of ~~~~ Rights under Color of Law)

So he must not be Looking in to my Claims and is Just ~~~~ writing false statements on Request that is a violation of RsA 641:1 also.

- 🖤 -

Allegation 9 : 8th Amendment/~~clothing~~ Clothing Issue, NH
RSA 641:1 (Perjury)

On 3/2/14 - I wrote to Captin Paul S. Cascio on
the issue of Removing the Shirts off of our issued
Clothing. This was without a memo.

I wrote him do to hearing this problem through
Correctional officers and inmates I questioned him
weather or not he was going to take off T-Shirts
expressed my concerns over this issue and that
with this of how unconstitutional

On 3/3/14 Captin Paul S. Cascio wrote on a
Inmate Request "We're no Longer issuing the T-
Shirt. You can by your own.

I appealed it to Helen Hanks on 5/5/14 a second
time as I first sent it on 3/9/2014 but it came
MIA on 5/12/14 Kevin Stevenson, ms wrote me
back on my grievance "Thank you for expressing
your concerns. There is No Constitutional issue
in this Case. You may purchase a T-Shirt via
the Appropriate Supplier.

I then Appealed it to the commissioner
on 5/12/14 to which Chris Kench Replyed
"We support Director Stevenson's Response
Grievance is Denied"

I Just talked to the Captin Paul S. Cascio on
5/30/14 and he Said that T-Shirts were

going to be put back on. Therefore he committed a perjury by make a false statement that could and would've been use in a Procedure/Proceeding. also this is a constitutional question as if I were to by my own t-shirts I would have to stop all legal Paperwork/filings, stop all contact w/ the outside world, stop contact with lawyers. stop alot to save my state pay which is about $12.00 a month

Allegation 10 : interfering with accuss to Court:

On may 4 2014 I wrote Captin Paul S. Cascio a reminder about my Request about my Request about my property that we had talked about on friday. That you were going to talk to Co Dionne about trying to get time for me to go through my property

I wrote him Cause he had me send it out by pressure. All of my Request and grievance are in my Property which is perventing me from filing any Civil action as I dont remember all of my Grievances nor which ones I did or didn't do. Now MR. Cascio wants me to send out again. I've never had a problem with my property until Captin Cascio made up a memo

I beleave that the Request and grievances are a requirement under the Prison litlgation Reform act of 1996. I Cant file a Lawsuite with out having my documents to file a legal Lawsuite that doesnt violate any Laws Rules etc.

I should'nt have to file Requests and Pay for documents I already have

I had got a Reply from Kevin R. Stevenson on 5/12/14

"There is no retaliation. You were given the opportunity to go through the materials Prior to sending them out Previously. NOW That they have returned you simply need to fill out the Five day notice to send them out to someone who will keep them for you."

It was denied all the way through the Chain of Command

the Commissioner denied it on / 14

I Know it is Retailiation Cause on 5/2/14 Captin Cascio gives me the ok. Then on 5/4/14 I write him a Reminder about going through my property then when I tell my Team that I am trying to press Charges on Captin Cascio from writing a false D-Report then Captin Cascio denies me access to my Request Slips and grievances to File a Law Suite. on top of it they now want me to be discharged from SPU

Allegation # 11 : Serious medical need (8th Amendment) NH RSA 630:4

On Feb. 11, 2014 I re-wrote a Complaint to barbara T. Slayton a Licsw (Licensed Social Worker) On a Request Slip staten a full issue of the fact of the SPU/RTU staff Ignoring threats of suicide or Taunting us to kill ourselves.

I wrote ms Slayton after I was taken from my property and still unable to get her to reply so on 2/6/14 I wrote her staten that I did Some research a beleaved that her Captin Paul S. Cascio Aprn Emily Bryant and Aprn Cathy Fontain was Not only a violation of a state law but federal.

SPU/RTU staff are out of Control. They dont take our threats to kill ourselves serious. I've Witnessed another Co Taunt another inmate to kill themselves. But with this and me I've tolol them I was going to kill my self if they sent me back to SHU. On July 15 2013 when they discharged me to SHU they (APrN Bryant and Aprn Fontain, and Licsw Slayton) Did nothing as I repeated my self that I will kill my self when I get to SHU.

Captin Paul Cascio keep telling me to tell them when I get over there. finnally he got Pist and Called his officer in to the Treatment room and told them to send me to SHU.

I've gotten through all Chains of Command

I was told by ms Slayton "You can certainly
address any 8th amendment issues in Court."

   Her Supervisor Kevin R. Stevenson wrote back
denien all my Requested Relief.

   On 1 12014 - Deputy Director denied my
grievance

   and on 1 12014 the Commissioner
denied it also staten "

Allegation 12 : Failure to Protect

On March 9, 2014 I wrote to Captin paul S Cascio
about Inmate Scott Collier #74484 to who is now
on parole and Correctional officers did nothing
  On march 9, 2014 I wrote to mr Paul Cascio about
issues that happend on number of days
  This was involven also a number of issues to include
assault (W1 a fire Hose that is used to clean the shower)
Harassment and officers telling other inmates
to include 1/m Collier security information
  On my Request and grievances I stated two
many officers to whom cant keep security
Information between officers. And not officers
and inmates. That the two officers were Co John
Aulis and CO SAlice.
  The fact of these assaults that happend were
with Co Kum Working when the first two
times a officer was not present the other
times were when Co Kum was eating.
  These were not ACCidentally done 1/m
Collier should've lost his Cleaning Job and
put on ATC but wasn't nor was he written
up for it.
  The other issues that I had rased on
two different Request and grievances but

both involven I/m Scott Collier was Mishandled
and as a Sex offender (wrongly accused) was
being allowed to be harassed have my
Safety put at Risk. Cause of I/m collier
Putting investigative information that he had
learned from SHu staff as a Refunda
worker.

My grievance at Helen Hanks was Denied
on 1 1 2014 and Commissioner on 1 2014
was Denied

Allegation 13 : Opening legal mail outside of my presents.

On 03/06/14 I had filed a Complaint with Captin Paul S. cascio

On 3/5/14 Cuptin Cascio had brought me a packet from American Civil liberties union at the time he had brought it to me

When Captin paul Cascio had brought me this he said "I dont Know why this says Attorney-Client Privledge Cause it is not and we opened it."

I wrote to the Captin and then appealed it throug all Chain of Command

On 5/11/14 Kevin Stevenson Remarked and I wasn't happy with his Reply so I Appealed it to the commissioner Which Denied it on 5/14/14

14-fp-280

Dear US District Court,                    June 22, 2014

2014 JUN 24 A 11: 27

I Christopher R Beaulieu, NH state
Prison# 83536, PO BOX 2828, Concord NH 03302
. I am writing you this to ask you to
please do the following

1). Send me a letter when you get this
Civil Rights Complaint as I have a problem w/
ICO's tampering w/ my mail

2). Can you please send me two Complaint
packet for Civil Right like the one I've
enclosed for filing

3). That you provide me w/ Copys of the
Documents that are on line paper as I ran out
of money for copies

    I am thankful for your time and help in
this matter

        Respectfully

        Christopher R Scott Beaulieu