UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Christopher Robert Beaulieu

    v.                                    Civil No. 14-cv-280-SM

William Wrenn, Commissioner,
New Hampshire Department of
Corrections, et al.[1]

**O R D E R**

Before the Court is plaintiff Christopher Beaulieu's Complaint (doc. no. 1), alleging that New Hampshire Department of Corrections Commissioner William Wrenn and New Hampshire State Prison ("NHSP") administrators and officers violated Beaulieu's federal constitutional rights. The matter is here for preliminary review, pursuant to 28 U.S.C. § 1915A and LR 4.3(d)(1).

For reasons stated in the Report and Recommendation issued this date (the "R&R"), the Court orders service upon NHSP

---

[1] Defendants named by Beaulieu are New Hampshire Department of Corrections ("DOC") Commissioner William Wrenn, DOC Director of Security and Training Christopher Kench, and the following New Hampshire State Prison employees: Social Worker Barbara T. Slayton; Administrators Helen Hanks and Kevin Stevenson; Capt. Charles G. Boyajian; Capt. Paul Cascio; Corrections Officer ("C.O.") Kum, whose first name is unknown ("FNU"); C.O. John Aulis; C.O. Aaron Belanger; C.O. Michael Dube; C.O. Ed Kirrane; C.O. John Rose; C.O. FNU Salice; C.O. Michael Shepley; Hearing Officer Leavitt J. Barton; Lt. Paul N. Courchesne; Lt. Joseph Michaud; Sgt. Ken Brown; Sgt. Eric Barbaro; Sgt. Christopher Bernstein; and Nurse Practitioners Cathy Fontaine and Emily Bryant.

Corrections Officers John Aulis, Aaron Belanger, Ed Kirrane, FNU Salice, and Michael Shepley, with respect to Claims 1-3, as numbered in the R&R.  The Clerk is directed to serve electronic copies of this Order, the R&R; and the Complaint (doc. no. 1), on the New Hampshire Office of the Attorney General ("AG"), as provided in the Agreement on Acceptance of Service.

Within thirty days from receipt of these materials, the AG must submit an Acceptance of Service notice to the Court specifying whether all of the defendants have authorized the AG to receive service on their behalf.  When the AG files the Acceptance of Service, service will be deemed made on the last day of the thirty-day period for all defendants who accept AG representation.

If any defendant does not authorize the AG to receive service on his or her behalf, or the AG declines to represent any defendant, the AG shall, within thirty days from receipt of the aforementioned materials, provide to the Court the last known address of any such defendant.  In that event, the Clerk is instructed to complete and issue a summons for each defendant, using the last known address provided, and forward the summons, along with the documents listed above, to the United States Marshal for the District of New Hampshire, to complete service on each of those defendants pursuant to Fed. R.

Civ. P. 4(c)(3) and 4(e).

Defendants are instructed to answer or otherwise plead within twenty-one days of service. See Fed. R. Civ. P. 12(a)(1)(A).

Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the defendants by delivering or mailing the materials to the defendants or their attorney(s), pursuant to Fed. R. Civ. P. 5(b).

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

August 20, 2014

cc: Christopher Robert Beaulieu, pro se