UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher R. Beaulieu

              v.                    Case No. 14-cv-280-SM

William Wrenn, Commissioner,
NH Department of Corrections, et al.


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 20, 2014, for the reasons set forth therein.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    This case will proceed against defendants NHSP Correctional Officers John Aulis, Aaron Belanger, Ed Kirrane, FNU Salice, and Michael Shepley with respect to Claims 1-3.  All other defendants and Claims 4-9 are hereby dismissed.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: September 29, 2014

cc: Christopher R. Beaulieu, pro se
    Laura Lombardi, Esq.