UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher R. Beaulieu

   v.                                          Case No. 14-cv-280-SM

Aaron Belanger, et al.


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 10, 2015(document no. 31), for the reasons set forth therein.  All claims asserted against defendant Sgt. Eric Barbaro and the slander claim asserted against defendant Scott Collier as alleged in the Complaint Addendum (document no. 19) are hereby dismiss.  Defendant Barbaro is also dismissed as a defendant from this case.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: July 2, 2015

cc:   Christopher R. Beaulieu, pro se
      Laura E.B. Lombardi, Esq.