UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher Beaulieu
a/k/a Crystal Beaulieu

    v.                                        Case No. 14-cv-280-SM

John P. Aulis, et al.

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 2, 2017, for the reasons set forth therein. The Court notes that a copy of the Report and Recommendation was mailed to Defaulted Defendant Rueben Ruiter at his last known address, but was returned by the US Postal Service with a "moved left no address" label dated 03/10/17.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

Plaintiff's Motions for Default Judgments as to Defaulted Defendants Collier (doc. No. 92) and Ruiter (doc. No. 93) are granted.  Nominal damages in the amount of $1.00 should be entered as to the claims against Steven Collier, and compensatory damages in the amount of $10,300.00 should be awarded as to the claims against Ruiter.  An award of prejudgment interest, running from March 31, 2015 to the date of the judgment, is added to the damage awards, calculated using the rate of interest described in RSA § 336:1, II.  Mr. Beaulieu's request for an award of costs as to Defaulted Defendants Collier and Ruiter is hereby denied without prejudice to his ability to refile a motion for such costs pursuant to LR. 54.1 and 28 U.S.C. §1924.  Mr. Beaulieu's request that the court establish a periodic payment schedule for Defaulted Dfendants Collier and Ruiter is also denied.

SO ORDERED.

_/s/ Steven J. McAuliffe_
Steven J. McAuliffe
United States District Judge

Date: April 14, 2017

cc: Christopher (Crystal) Beaulieu, pro se
    Laura E.B. Lombardi, Esq.
    Scott Collier (c/o last known address)
    Rueben James Ruiter