UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher Beaulieu
a/k/a Crystal Beaulieu

         v.         Case No. 14-cv-280-SM

New Hampshire Department of Corrections, et al.

### J U D G M E N T

In accordance with the following Orders, judgment is hereby entered.

1. Order by U.S. District Judge Steven J. McAuliffe dated September 29, 2014, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 20, 2014;

2. Order by U.S. District Judge Steven J. McAuliffe dated July 2, 2015, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 10, 2015;

3. Order by U.S. District Judge Steven J. McAuliffe dated July 22, 2015, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 25, 2015;

4. Clerk's Entry of Default as to Defendant Scott Collier dated September 2, 2015;

5. Clerk's Entry of Default as to Defendant Ruben Ruiter dated October 30, 2015;

6. Order by U.S. District Judge Steven J. McAuliffe dated September 28, 2016, granting Motion for Summary Judgment, and

7. Order by U.S. District Judge Steven J. McAuliffe dated April 14, 2017, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 2, 2017, granting the Motions for Default Judgment.

    By the Court,

    */s/ Daniel J. Lynch*

    _____
    Daniel J. Lynch
    Clerk of Court

Date: April 19, 2017

cc:    Christopher (Crystal)    Beaulieu, pro se
    Laura E.B. Lombardi, Esq.
    Scott Collier (c/o last known address)
    Ruben Ruiter