UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher R. Beaulieu,
a/k/a Crystal Beaulieu

     v.

John P. Aulis, Aaron M. Belanger,     Case No. 14-cv-280-SM
Edward P. Kirrane, Dominic M. Salce,
Michael Shepley, Paul Laflamme,
Kevin Washburn, Jason Whitney,
Scott Collier, and Rueben James Ruiter

ORDER

No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated May 6, 2019 for the reasons set forth therein.
"'[O]nly those issues fairly raised by the objections to the
magistrate's report are subject to review in the district court
and those not preserved by such objection are precluded on
appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617
F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of
Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see
also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.
1986) (after proper notice, failure to file a specific objection
to magistrate's report will waive the right to appeal).

_____
Steven J. McAuliffe
United States District Judge

Date: May 21, 2019

cc:  Christopher (Crystal) Beaulieu, pro se
     Laura E.B. Lombardi, Esq.
     Rueben James (Ruiter) Bushnell, pro se